

# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2017

No. 04-17-00785-CR

**IN RE Olice E. BROWN**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:       Sandee Bryan Marion, Chief Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

On November 30, 2017, relator filed a petition for writ of mandamus. The court has considered the petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DISMISSED FOR LACK OF JURISDICTION. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on December 5, 2017.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of December, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause Nos. 2015CR3457 and 2016CR9349W, styled *The State of Texas v. Olice Brown*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.